**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Carlos Edmundo JACKSON–**
**PLASCENCIA, Defendant–**
**Appellant.**

**No. 10–50030.**

United States Court of Appeals,
Ninth Circuit.

Submitted Feb. 15, 2011.*

Filed Feb. 17, 2011.

Rees F. Morgan, Assistant U.S. Attorney, Office of the U.S. Attorney, San Diego, CA, for Plaintiff–Appellee.

Gary Paul Burcham, Burcham & Zugman, San Diego, CA, for Defendant–Appellant.

*See* Fed. R.App. P. 34(a)(2).

Before: CANBY, FERNANDEZ, and M. SMITH, Circuit Judges.

MEMORANDUM **

Carlos Edmundo Jackson–Plascencia appeals from the 57–month sentence imposed following his guilty-plea conviction for possession of cocaine with intent to distribute, in violation of 21 U.S.C. § 841(a)(1). We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Jackson–Plascencia contends that the district court erred by applying the wrong legal standards when evaluating whether he should receive a minor role adjustment under U.S.S.G. § 3B1.2(b). The record reflects that the district court applied the correct legal standard in denying the adjustment and did not clearly err by determining that Jackson–Plascencia did not meet his burden of showing that he was substantially less culpable than his co-participants. *See United States v. Cantrell,* 433 F.3d 1269, 1282–84 (9th Cir.2006).

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. ¶ . 34(a)(2).